**Order filed, December 13, 2019.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-19-00736-CR
_____

**NICHOLAS ALEXANDER HARPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 16-DCR-073722A**

## ORDER

The reporter's record in this case was due November 12, 2019. *See* Tex. R. App. P. 35.1. On November 14, 2019, this court granted the court reporters request for extension of time to file the record until December 12, 2019. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court issues the following order.

We order Gina Jackson and Rhonda D. Colgin, the court reporters, to file the record in this appeal **on or before December 23, 2019.  No further extension will be entertained absent exceptional circumstances**.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If  Gina Jackson and Rhonda D. Colgin  do not timely file their records as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM


Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.